■ GUSTAV ERBE, JR., et al., Individually and as Administrators C. T. A. of the Estate of FREDERICK G. ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY et al., Respondents.— Same decision as in companion case of *Erbe* v. *Lincoln Rochester Trust Co.* (7 A D 2d 963). (Appeal from an order of Monroe Special Term granting defendants' motion for an order of preclusion unless a further bill of particulars is served.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ GUSTAV ERBE, JR., Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY, Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Respondents.— Orders reversed, with $10 costs and disbursements and motions granted, without costs. Memorandum: In reversing these orders, we simply pass upon the right of plaintiffs to examine the witness. The examination should be had as soon as is reasonably possible under all of the existing circumstances. All concur, Goldman, J., not participating. (Appeal from two orders of Monroe Special Term respectively, denying plaintiffs' motions for examination before trial of witness Alfred W. Dunbar, without prejudice.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ GUSTAV ERBE, JR., et al., Individually and as Administrators C. T. A. of the Estate of FREDERICK G. ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY et al., Respondents.— Same decision as in companion case of *Erbe* v. *Lincoln Rochester Trust Co.* (7 A D 2d 964). (Appeal from two orders of Monroe Special Term respectively, denying plaintiffs' motions for examination before trial of witness Alfred W. Dunbar, without prejudice.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE MILLS, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ PAUL E. GUAY, Respondent, v. AUTO-LAND, INC., Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Erie Trial Term for plaintiff in an action to recover money due under a contract of employment.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.